UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID LEE OVERSTREET, | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | No. 4:11-CV-58-JG |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| Defendants. | ) | |

**Decision by Court.**
This case came before the Honorable James E. Gates, United States Magistrate Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** the Commissioner's motion for judgment on the pleadings is granted, the plaintiff's motion for judgment on the pleadings is denied and the final decision of the Commissioner is affirmed.

This Judgment Filed and Entered on September 21, 2012, with service on:

David L. Best            (via CM/ECF Notice of Electronic Filing)

Urmila Taylor            (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| September 21, 2012 | JULIE A. RICHARDS, CLERK |
| | /s/ Lisa W. Lee |
| | (By): Lisa W. Lee, Deputy Clerk |